IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. 1:13-CR-573 |
| | § | |
| MARCELINO TORRES-MENDOZA | § | |

## ORDER

BE IT REMEMBERED on this 14th day of November, 2013, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed August 8, 2013, wherein the defendant Marcelino Torres-Mendoza waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Marcelino Torres-Mendoza to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Marcelino Torres-Mendoza guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. §§ 1326(a).

Signed this 14th day of November, 2013.

Andrew S. Hanen
United States District Judge